```
ROBERT L. ZALETEL, SBN 096262
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Fax No.:     415.399.8490
Email:       RZaletel@littler.com

Attorneys for Defendant
ELECTRONIC DATA SYSTEMS
CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE COX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELECTRONIC DATA SYSTEMS<br>CORPORATION; and DOES 1 through<br>10, inclusive,<br><br>　　　　Defendants. | Case No: CV 08 3927<br><br>CERTIFICATION OF NON-PARTY<br>INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

///

///

///

///

///

///

///

1  Electronic Data Systems Corporation is a publicly traded company, which will likely become
2  acquired by and become a wholly owned subsidiary of Hewlett-Packard Corporation sometime
3  before January 2009. Defendant is not aware of any other interested parties at this time.
4  Dated: August __, 2008

*[signature]*

ROBERT L. ZALETEL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ELECTRONIC DATA SYSTEMS
CORPORATION

Firmwide:86235690.1 056073.1009

CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On August 18, 2008, I served the within document(s):

CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS

[X] by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

[ ] by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

[ ] by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Dan Siegel, Esq.
Dean Royer, Esq.
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 18, 2008, at San Francisco, California.



M. Gabriela Martin