```
 1  ROBERT L. ZALETEL, SBN 096262
    LITTLER MENDELSON
 2  A Professional Corporation
    650 California Street
 3  20th Floor
    San Francisco, CA  94108.2693
 4  Telephone:   415.433.1940
    Fax No.:     415.399.8490
 5  Email:       RZaletel@littler.com

 6  Attorneys for Defendant
    ELECTRONIC DATA SYSTEMS
 7  CORPORATION
```

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DONNIE COX, | Case No.  CV 08 3927 |
| 12          Plaintiff, | **PROOF OF SERVICE** |
| 13      v. | |
| 14  ELECTRONIC DATA SYSTEMS CORPORATION; and DOES 1 through 10, inclusive, | |
| 15 | |
| 16          Defendants. | |

17    I am a resident of the State of California, over the age of eighteen years, and not a

18 party to the within action. My business address is 650 California Street, 20th Floor, San Francisco,

19 California  94108.2693. On August 18, 2008, I served the within document(s):

20    1.   FILE MARKED COPY OF NOTICE TO STATE CARE,
           PLAINTIFF AND COUNSEL OF REMOVAL OF CIVIL
21         ACTION TO FEDERAL COURT UNDER 28 U.S;C §§ 1332, 1441
           AND 1446 (DIVERSITY);
22
      2.   CIVIL COVER SHEET;
23
      3.   FILE MARKED COPY OF NOTICE OF REMOVAL OF
24         ACTION;

25    4.   CERTIFICATION OF NON-PARTY INTERESTED
           ENTITIES OR PERSONS;
26
      5.   SUPPLEMENTAL ORDER TO ORDER SETTING
27         INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL
           CASES BEFORE JUDGE WILLIAM ALSUP;

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco CA 94108 2693
415 433 1940

CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS

6.     ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

7.     NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION and

8.     WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO, ADDITIONAL GUIDELINES TO ENSURE THAT FILING PROCESS IF ACCOMPLISHED WITH EASE AND ACCURACY

[X]   by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

[ ]   by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

[ ]   by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Dan Siegel, Esq.
Dean Royer, Esq.
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA  94612

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service.  Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 18, 2008, at San Francisco, California.

*/signature/*

M. Gabriela Martin

Firmwide:86261447.1 056073.1009

CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS