DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DONNIE COX

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNIE COX,<br><br>    Plaintiff,<br>vs.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV-08-3927 WHA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Hewlett-Packard Corporation.

Dated: August 26, 2008                               SIEGEL & YEE

                                                                      By:_____
                                                                           Dean Royer

                                                                    Attorneys for plaintiff
                                                                    DONNIE COX