DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DONNIE COX

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE COX,<br><br>      Plaintiff,<br><br>vs.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. CV-08-3927 WHA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Hewlett-Packard Corporation.

Dated: August 28, 2008                           SIEGEL & YEE

                                                                       By: /S/_____
                                                                           Dean Royer

                                                                       Attorneys for plaintiff
                                                                       DONNIE COX