AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF CALIFORNIA

DONNIE COX )
)
)
)
Plaintiff )
v. ) Civil Action No. CV-08-3927 WHA
ELECTRONIC DATA SYSTEMS )
CORPORATION; and DOES 1 through 10, )
inclusive )
)
Defendant )

ORIGINAL FILED AUG 28 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**Summons in a Civil Action**

To: ELECTRONIC DATA SYSTEMS CORPORATION

*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dan Siegel
Dean Royer
Siegel & Yee
499 14th Street, Suite 220
Oakland, CA 94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: __8-28-08__    Simone Voltz
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*