1  DAN SIEGEL, SBN 56400
   DEAN ROYER, SBN 233292
2  SIEGEL & YEE
3  499 14th Street, Suite 220
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5
6  Attorneys for Plaintiff
   DONNIE COX
7

8  ROBERT L. ZALETEL, SEN 096262
   LITTLER MENDELSON
9  A Professional Corporation
   650 California Street
10 20th Floor
   San Francisco, CA 94108.2693
11 Telephone: 415.433.1940
12 Fax No.: 415.399.8490

13 Attorneys for Defendant
   ELECTRONIC DATA SYSTEMS
14 CORPORATION

15

16

17          UNITED STATES DISTRICT COURT FOR THE

18                NORTHERN DISTRICT OF CALIFORNIA

19

20 DONNIE COX,                          )  Case No. CV-08-3927 WHA
                                        )
21         Plaintiff,                   )  **STIPULATION AND [PROPOSED]**
22     vs.                              )  **ORDER TO CONTINUE INITIAL CASE**
                                        )  **MANAGEMENT CONFERENCE**
23 ELECTRONIC DATA SYSTEMS              )
24 CORPORATION; and DOES 1 through 10,  )
   inclusive,                           )
25                                      )
           Defendants.                  )
26                                      )

27

28

---
1
*Cox v. EDS,* Case No. CV-08-3927 WHA
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE

It is hereby stipulated by and between the parties to this action, plaintiff Donnie Cox, and his attorneys, and defendant Electronic Data Systems Corporation, and its attorneys, as follows:

1. On August 18, 2008, this Court issued its order setting initial case management conference and ADR deadlines. Said order set the initial case management conference for December 4, 2008 at 11:00 a.m.

2. Plaintiff Cox's counsel are the counsel of record in *Susan Bradford and Lavona Stanley v. Dirk Winter, et al.*, case no. CV070354, venued in the San Luis Obispo County Superior Court.

3. During a January 31, 2008 case management conference, the jury trial for case no. CV070354 was set to begin on December 1, 2008. Said trial is expected to take approximately two weeks to complete.

4. Based on the foregoing, the parties request that the initial case management conference in this matter be continued to January 8, 2009 at 11:00 a.m.

Dated: September 2, 2008                    SIEGEL & YEE

                                            By: /S/
                                            Dean Royer

                                            Attorneys for plaintiff
                                            DONNIE COX

Dated: September 2, 2008                    LITTLER MENDELSON

                                            By: /S/
                                            ROBERT L. ZALETEL

                                            Attorneys for defendant
                                            ELECTRONIC DATA SYSTEMS
                                            CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED,

1  Dated: _____

_____
JUDGE OF THE U.S. DISTRICT COURT