DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DONNIE COX

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE COX,<br><br>    Plaintiff,<br>  vs.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV-08-3927 WHA<br><br>**DECLARATION OF DEAN ROYER IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

I, Dean Royer, declare as follows:

1. I am duly admitted to practice in the state of California and this federal court. I am an associate at Siegel & Yee, the attorneys of record for the plaintiff Donnie Cox. I make this declaration of my own personal knowledge. If called as a witness, I could competently testify to the following facts.

2. On August 18, 2008, this Court issued its order setting initial case management conference and ADR deadlines. Said order set the initial case management conference for December 4, 2008 at 11:00 a.m.

3. Dan Siegel and I are the counsel of record in *Susan Bradford and Lavona Stanley v. Dirk Winter, et al.*, case no. CV070354, venued in the San Luis Obispo County Superior Court.

1

*Cox v. EDS,* Case No. CV-08-3927 WHA
DECLARATION OF DEAN ROYER IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1    4.  During a January 31, 2008 case management conference, the jury trial for case no. CV070354 was set to begin on December 1, 2008. Said trial is expected to take approximately two weeks to complete.

5.  I conferred with defendant's counsel and the parties have stipulated to a revised date for the conference. Said stipulation if filed herewith.

Dated: September 2, 2008                         SIEGEL & YEE

                                                 By: /S/_____
                                                      Dean Royer

                                                 Attorneys for plaintiff
                                                 DONNIE COX

---

2

*Cox v. EDS,* Case No. CV-08-3927 WHA
DECLARATION OF DEAN ROYER IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE