1  DAN SIEGEL, SBN 56400
   DEAN ROYER, SBN 233292
2  SIEGEL & YEE
3  499 14th Street, Suite 220
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5
6  Attorneys for Plaintiff
   DONNIE COX
7

8              **UNITED STATES DISTRICT COURT FOR THE**
9
               **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 DONNIE COX,                                  ) Case No. CV-08-3927 WHA
                                                )
13          Plaintiff,                          ) **PROOF OF SERVICE OF SUMMONS**
        vs.                                     )
14                                              )
                                                )
15 ELECTRONIC DATA SYSTEMS                      )
   CORPORATION; and DOES 1 through 10,          )
16 inclusive,                                   )
                                                )
17          Defendants.                         )
                                                )
18 _____

19
        I, Dean Royer, declare as follows:
20
        1.  On September 2, 2008, Robert L. Zaletel informed me by voice mail that he had been
21
   authorized by his client, defendant Electronic Data Systems Corporation (EDS), to accept service
22
   of the summons and first amended complaint in this matter on defendant's behalf.
23
        2.  On September 2, 2008, I served a copy of the summons and first amended complaint,
24
   two copies of the California Official Form Notice and Acknowledgment of Receipt—Civil
25
   (POS-015), and a self-addressed and stamped return envelope on Mr. Zaletel by mail. This
26
   service was made pursuant to California Code of Civil Procedure section 415.30, and rule 4(e)(1)
27
   of the Federal Rules of Civil Procedure.
28

1  3. I am readily familiar with my office's business practice for collection and processing
2  of correspondence for mailing with the United States Postal Service. The documents described in
3  paragraph two were placed in an envelope and addressed to: Robert L. Zaletel, Littler
4  Mendelson, 650 California St 20th Fl, San Francisco, California 94108-2693, were sealed with
5  postage fully prepaid, and were deposited with the United States Postal Service in Oakland,
6  California on September 2, 2008 in the ordinary course of business.
7  4. On September 16, 2008, Mr. Zaletel signed the Acknowledge of Receipt section of
8  the Notice and Acknowledgment of Receipt—Civil. I received this signed notice by mail on
9  September 19, 2008.
10  I declare under penalty of perjury that the foregoing is true and correct. Executed on
11  September 19, 2008, at Oakland, California.
12  Dated: September 19, 2008

By: /S/_____
    Dean Royer