```
1  DAN SIEGEL, SBN 56400
   DEAN ROYER, SBN 233292
2  SIEGEL & YEE
3  499 14th Street, Suite 220
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5
6  Attorneys for Plaintiff
   DONNIE COX
7
   ROBERT L. ZALETEL, SEN 096262
8  LITTLER MENDELSON
9  A Professional Corporation
   650 California Street
10 20th Floor
   San Francisco, CA 94108.2693
11 Telephone: 415.433.1940
12 Fax No.: 415.399.8490

13 Attorneys for Defendant
   ELECTRONIC DATA SYSTEMS
14 CORPORATION
```

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| DONNIE COX, | ) Case No. CV-08-3927 WHA |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [~~PROPOSED~~]** |
|  | ) **ORDER TO CONTINUE INITIAL CASE** |
| ELECTRONIC DATA SYSTEMS | ) **MANAGEMENT CONFERENCE** |
| CORPORATION; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

1    It is hereby stipulated by and between the parties to this action, plaintiff Donnie Cox, and his attorneys, and defendant Electronic Data Systems Corporation, and its attorneys, as follows:

    1. On August 18, 2008, this Court issued its order setting initial case management conference and ADR deadlines. Said order set the initial case management conference for December 4, 2008 at 11:00 a.m.

    2. On September 2, 2008, plaintiff moved to continue the initial case management conference on grounds his counsel had a trial in San Luis Obispo county on the same date.

    3. On September 12, 2008, this court denied said motion subject to a new motion brought closer to the trial date.

    4. Plaintiff Cox's counsel are the counsel of record in *Susan Bradford and Lavona Stanley v. Dirk Winter, et al.*, case no. CV070354, venued in the San Luis Obispo County Superior Court.

    5. During a January 31, 2008 case management conference, the jury trial for case no. CV070354 was set to begin on December 1, 2008. Said trial is expected to take approximately two weeks to complete.

    6. As of the date of this stipulation, the trial for case no. CV070354 is still set to begin on December 1, 2008.

    7. Based on the foregoing, the parties request that the initial case management conference in this matter be continued to January 8, 2009 at 11:00 a.m.

Dated: November 3, 2008          SIEGEL & YEE

By: /S/ _____
    Dean Royer

Attorneys for plaintiff
DONNIE COX

///
///

| | |
|---|---|
| Dated: November 3, 2008 | LITTLER MENDELSON |
| | By: /S/ _____ |
| | ROBERT L. ZALETEL |
| | Attorneys for defendant |
| | ELECTRONIC DATA SYSTEMS CORPORATION |

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: November 13, 2008.

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge William Alsup*