1 | ROBERT L. ZALETEL, Bar No. 096262
2 | LITTLER MENDELSON
    A Professional Corporation
3 | 650 California Street, 20th Floor
    San Francisco, CA 94108.2693
4 | Telephone: 415.433.1940

5 | LEE HUTTON, Ohio Bar No. 0006794
    LITTLER MENDELSON
6 | A Professional Corporation
    1100 Superior Avenue, 20th Floor
7 | Cleveland, OH 44114
    Telephone: 216.696.7600
8 | (Admitted *Pro Hac Vice*)

9 | Attorneys for Defendant
    ELECTRONIC DATA SYSTEMS L.L.C.,
10| formerly known as ELECTRONIC DATA
    SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE COX, | Case No. CV 08 3927 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COMPLETING MEDIATION** |
| v. | |
| ELECTRONIC DATA SYSTEMS CORPORATION; and DOES 1 through 10, inclusive, | |
| Defendants. | |

WHEREAS, this is a wrongful discharge case brought by a former employee of Defendant; and

WHEREAS, on January 28, 2009, this matter was referred to Jo Anne Dellaverson for mediation; and

WHEREAS, on February 2, 2009, the parties held a pre-mediation conference call with the Court-appointed mediator, Jo Anne Dellaverson, to discuss dates for the mediation; and

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIP. & [PROPOSED] ORDER EXTENDING TIME FOR COMPLETING MEDIATION**

**CASE NO. CV 08 3927 WHA**

1  WHEREAS, Plaintiff's Complaint contains claims for wrongful discharge, interference with prospective business advantage, conversion, and other claims under various statutes; and

WHEREAS, both Parties believe that they need to conduct several depositions and receive responses to written discovery (some of which is pending) before a meaningful mediation can take place; and

WHEREAS, the Parties have scheduled several key depositions to take place between March 25 and 27; but need time to arrange additional depositions of out-of-state witnesses;

WHEREAS, the Parties believe that the current April 8, 2009 deadline for completing mediation will not give sufficient time to conduct adequate discovery to allow for a meaningful mediation; and

WHEREAS, the Parties have tentatively scheduled mediation with Ms. Dellaverson for May 8, 2009 (subject to the Court extending the time to complete mediation).

THEREFORE, the Parties request that the Court extend the time for completing mediation from April 8, 2009, to May 8, 2009.

IT IS SO STIPULATED.

DATED: February 6, 2009         /s/ *Dean Royer*
                                DEAN ROYER
                                Attorney for Plaintiff
                                DONNIE COX

DATED: February 6, 2009         /s/ *Robert L. Zaletel*
                                ROBERT L. ZALETEL
                                Attorney for Defendant
                                ELECTRONIC DATA SYSTEMS, L.L.C.

## ~~PROPOSED~~ ORDER

For good cause appearing, the Parties shall have through May 8, 2009 to complete mediation in this case.

IT IS SO ORDERED.

DATED: February 10, 2009

_____
THE HONORABLE WILLIAM ALSUP

*IT IS SO ORDERED*
*Judge William Alsup*

STIP. & ~~[PROPOSED]~~ ORDER EXTENDING
TIME FOR COMPLETING MEDIATION                2.                    CASE NO. CV 08 3927 WHA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On February 6 2009, I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COMPLETING MEDIATION**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 415.399.8490. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

Jo Anne Dellaverson  
Law Offices of Jo Anne Dellaverson  
81 Throckmorton Avenue  
Suite 203  
Mill Valley, CA 94941  
jad@dellaverson.com

Alice M. Fiel  
ADR Case Administrator  
U.S. District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102  
Alice_Fiel@cand.uscourts.gov

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 6, 2009, at San Francisco, California.

/s/ *Gabriela Martin*  
Gabriela Martin

Firmwide:88379273.1 056073.1009

LITTLER MENDELSON  
A PROFESSIONAL CORPORATION  
650 California Street  
20th Floor  
San Francisco, CA 94108.2693  
415.433.1940

PROOF OF SERVICE                                                        CASE NO. CV 08 3927 WHA