| | |
|---|---|
| 1 | DAN SIEGEL, SBN 56400 |
|   | DEAN ROYER, SBN 233292 |
| 2 | SIEGEL & YEE |
|   | 499 14th Street, Suite 220 |
| 3 | Oakland, CA 94612 |
|   | Telephone: 510.839.1200 |
| 4 | Facsimile: 510.444.6698 |
|   | Email: deanroyer@siegelyee.com |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | DONNIE COX |
| 7 | ROBERT L. ZALETEL, Bar No. 096262 |
|   | LITTLER MENDELSON |
| 8 | A Professional Corporation |
|   | 650 California Street, 20th Floor |
| 9 | San Francisco, CA 94108.2693 |
|   | Telephone: 415.433.1940 |
| 10 | Email: rzaletel@littler.com |
| 11 | LEE HUTTON, Ohio Bar No. 0006794 |
|    | LITTLER MENDELSON |
| 12 | A Professional Corporation |
|    | 1100 Superior Avenue, 20th Floor |
| 13 | Cleveland, OH 44114 |
|    | Telephone: 216.696.7600 |
| 14 | Email: lhutton@littler.com |
|    | (Admitted *Pro Hac Vice*) |
| 15 | |
|    | Attorneys for Defendant |
| 16 | ELECTRONIC DATA SYSTEMS L.L.C., |
|    | formerly known as ELECTRONIC DATA |
| 17 | SYSTEMS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | DONNIE COX, | Case No. CV 08 3927 WHA |
| 22 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THIRD CAUSE OF ACTION OF THE FIRST AMENDED COMPLAINT AND PARAGRAPH 47 OF THE SEVENTH CAUSE OF ACTION** |
| 23 | v. | |
| 24 | ELECTRONIC DATA SYSTEMS CORPORATION; and DOES 1 through 10, inclusive, | |
| 25 | | |
| 26 | Defendants. | **(Fed. R. Civ. P. 41(a)(1))** |

**STIP. AND [PROPOSED] ORDER RE DISMISSAL OF 3RD CAUSE OF ACTION**

**CASE NO. CV 08 3927 WHA**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1 WHEREAS, the Parties have reached a partial settlement of the case with respect to
2 the claims that Plaintiff was not paid appropriate sums in his final paycheck in a timely manner
3 under California Labor Code §§ 201, 203; and

4 WHEREAS, the Parties wish to simplify the issues in this case through a partial
5 settlement; and

6 WHEREAS, as part of the settlement Plaintiff has agreed to dismiss the Third Cause
7 of Action of the First Amended Complaint (Late Payment of Wages, Labor Code § 201) and
8 paragraph 47 of the Seventh Cause of Action for Unfair Business Practices (incorporating the
9 allegations of the Third Cause of Action) with prejudice, with each side to bear its own attorneys'
10 fees and costs associated only with those claims.

11 WHEREFORE, the Parties hereby stipulate to the dismissal of the Third Cause of
12 Action of the First Amended Complaint and paragraph 47 of the Seventh Cause of Action with
13 prejudice, with each side to bear its own attorneys' fees and costs associated only with those claims.

14 SO STIPULATED.

15 Dated: March 26, 2009

17 /s/ *Dean Royer*
DEAN ROYER
SIEGEL & YEE
18 Attorneys for Plaintiff
DONNIE COX

19 Dated: February _____, 2009

20 /s/ *Robert L. Zaletel*
ROBERT L. ZALETEL
21 LITTLER MENDELSON
A Professional Corporation
22 Attorneys for Defendant
ELECTRONIC DATA SYSTEMS L.L.C.,
23 formerly known as ELECTRONIC DATA
SYSTEMS CORPORATION

26 [PROPOSED] ORDER

27 FOR GOOD CAUSE APPEARING:

28 Pursuant to the partial settlement of the case, the Third Cause of Action of the First

**STIP. AND [PROPOSED] ORDER RE DISMISSAL OF 3ʳᴰ CAUSE OF ACTION**  2.  **CASE NO. CV 08 3927 WHA**

1  Amended Complaint and paragraph 47 of the Seventh Cause of Action of the First Amended
2  Complaint are hereby dismissed with prejudice, with each side to bear its own attorneys' fees and
3  costs associated only with those claims.

5  Dated: __April 1_____, 2009

   IT IS SO ORDERED
   Judge William Alsup

   HON. WILLIAM ALSUP
   United States District Court Judge

11 Firmwide:88603004.1 056073.1009

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIP. AND [PROPOSED] ORDER RE DISMISSAL OF 3ʳᴰ CAUSE OF ACTION**   3.   **CASE NO. CV 08 3927 WHA**