DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone:   510.839.1200
Facsimile:   510.444.6698
Email:       deanroyer@siegelyee.com

Attorneys for Plaintiff
DONNIE COX

ROBERT L. ZALETEL, Bar No. 096262
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Email:       rzaletel@littler.com

LEE HUTTON, Ohio Bar No. 0006794
LITTLER MENDELSON
A Professional Corporation
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114
Telephone:   216.696.7600
Email:       lhutton@littler.com
(Admitted *Pro Hac Vice*)

Attorneys for Defendant
ELECTRONIC DATA SYSTEMS L.L.C.,
formerly known as ELECTRONIC DATA
SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE COX,<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV 08 3927 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR EXPERT DISCLOSURE** |

STIP. AND [PROPOSED] ORDER
EXTENDING TIME FOR EXPERT
DISCLOSURE

CASE NO. CV 08 3927 WHA

WHEREAS, Plaintiff Donnie Cox has sued his former employer for wrongful discharge in violation of public policy (jury duty) and related causes of action;

WHEREAS, the parties participated in a mediation on May 8, 2009 which did not resolve the case, but have been continuing to actively pursue settlement discussions since that date; and

WHEREAS, the parties postponed several depositions when it appeared that settlement was likely, but the parties have not been able to reach a settlement; and

WHEREAS, Plaintiff plans to take four additional depositions: EDS' Jane Barrett of Plano, Texas (to be taken August 21), Neil Bouey of California State Automobile Association (to be taken August 14, 2009), EDS' Kathy Costello and Jeff Smith (dates to be arranged), and

WHEREAS, Plaintiff's counsel believes that these depositions will be helpful in resolving the case; and

WHEREAS, the parties wish to avoid incurring additional costs by retaining experts, which could make settlement less likely; and

WHEREAS, the parties wish to devote their resources to completing these depositions and pursuing settlement; and

WHEREAS, the Court ordered the parties to serve a list of issues upon which it intends to offer expert evidence in its case in chief on July 31, 2009, with expert disclosures to take place on August 28, 2009; and

WHEREAS, the case is scheduled for trial on January 11, 2010; and

WHEREAS, neither party anticipates that any expert testimony will be needed in any summary judgment motion.

THEREFORE, the parties respectfully request that the Court extend the date for disclosing expert issues by one month, from July 31, 2009 to August 31, 2009, and the date for expert disclosure from August 28, 2009 to September 28, 2009 (with the corresponding dates for any opposition (rebuttal) and reply expert reports, and completion of expert discovery extended as well).

/ / /

/ / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND [PROPOSED] ORDER
EXTENDING TIME FOR EXPERT
DISCLOSURE

2.

CASE NO. CV 08 3927 WHA

SO STIPULATED.

Dated: July ___, 2009

/s/
DEAN ROYER
SIEGEL & YEE
Attorneys for Plaintiff
DONNIE COX

Dated: July ___, 2009

/s/
ROBERT L. ZALETEL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ELECTRONIC DATA SYSTEMS L.L.C.,
formerly known as ELECTRONIC DATA
SYSTEMS CORPORATION

## [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING:

Pursuant to the stipulation of the parties, the date for disclosure of issues upon which an expert will testify is continued to August 31, 2009, and the date for expert designation and disclosure is continued to September 28, 2009. The date for any expert opposition (rebuttal) reports is continued to October 12, 2009; and the date for expert reply reports is continued to October 19, 2009. The expert discovery cutoff date will be November 2, 2009. All other pretrial and trial dates will remain unchanged.

IT IS SO ORDERED.

Dated: __July 24_____, 2009

_____
HON. WILLIAM
United States D

*IT IS SO ORDERED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Firmwide:90918940.1 056073.1009

STIP. AND [PROPOSED] ORDER
EXTENDING TIME FOR EXPERT
DISCLOSURE

3.

CASE NO. CV 08 3927 WHA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940