| | |
|---|---|
| 1 | DAN SIEGEL, SBN 56400 |
| | DEAN ROYER, SBN 233292 |
| 2 | SIEGEL & YEE |
| | 499 14th Street, Suite 220 |
| 3 | Oakland, CA 94612 |
| | Telephone: 510.839.1200 |
| 4 | Facsimile: 510.444.6698 |
| | Email: deanroyer@siegelyee.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | DONNIE COX |

ROBERT L. ZALETEL, Bar No. 096262
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Email: rzaletel@littler.com

LEE HUTTON, Ohio Bar No. 0006794
(Admitted *Pro Hac Vice*)
LITTLER MENDELSON
A Professional Corporation
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114
Telephone: 216.696.7600
Email: lhutton@littler.com

Attorneys for Defendant
ELECTRONIC DATA SYSTEMS L.L.C.,
formerly known as ELECTRONIC DATA
SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE COX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 08 3927 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT SUBMITTED IN DEFENDANT'S SUMMARY JUDGMENT MOTION**<br><br>Date:　　November 19, 2009<br>Time:　　2:00 p.m.<br>Judge:　 William H. Alsup<br>Dept:　　Courtroom 9 |

STIP. & [PROPOSED] ORDER TO REMOVE
INCORRECTLY FILED DOCUMENT

1

Case No. CV 08 3927 WHA

1  Plaintiff Donnie Cox and Defendant Electronic Data Systems L.L.C., formerly known
2  as Electronic Data Systems Corporation, hereby stipulate as follows:
3  WHEREAS, on October 15, 2009, Defendant inadvertently filed an exhibit to its
4  summary judgment motion, which contained Plaintiff's social security number and date of birth
5  (Declaration of Lee Hutton submitted in support of Defendant's motion for summary judgment,
6  document no. 46-8, p. 5 of 16) (part 8 of Exhibit A to Declaration of Lee Hutton, p. 5);
7  WHEREAS, Defendant wishes to replace the exhibit with a redacted version and
8  remove the previously filed unredacted version in document no. 46-8, p. 5;
9  WHEREAS, Plaintiff does not oppose this request; and
10  WHEREFORE, the parties request that the originally filed document no. 46-8 filed
11  October 15, 2009 be removed from the Court's file, to be replaced with the redacted version.
12  IT IS SO STIPULATED.
13  Dated: October 29, 2009

14  /s/_____
15  DEAN ROYER
   SIEGEL & YEE
   Attorneys for Plaintiff
16  DONNIE COX
17  Dated: October 30, 2009

18  /s/_____
   ROBERT L. ZALETEL
19  LITTLER MENDELSON
   A Professional Corporation
20  Attorneys for Defendant
   ELECTRONIC DATA SYSTEMS L.L.C.,
21  formerly known as ELECTRONIC DATA
   SYSTEMS CORPORATION
22
23  ///
24  ////
25  ///
26  ///
27  ///
28  ///

LITTLER MENDELSON
A Professional Corporation
1100 Superior Avenue
20th Floor
Cleveland, OH 44114
216.696.7600

STIP. & [PROPOSED] ORDER TO REMOVE
INCORRECTLY FILED DOCUMENT      1      Case No. CV 08 3927 WHA

### [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING:

Defendant's document no. 46-8, Exhibit A to the Declaration of Lee Hutton submitted in support of Defendant's motion for summary judgment filed October 15, 2009, is removed from the file, to be replaced by a redacted version of p. 5 of the exhibit, which does not include Plaintiff's social security number or date of birth.

IT IS SO ORDERED.

Dated: November 2, 2009



_____
HON. WILLIAM ALSUP
United States District Judge

Firmwide:92714654.1 056073.1009
LITTLER MENDELSON
A Professional Corporation
1100 Superior Avenue
20th Floor
Cleveland, OH 44114
216.696.7600

STIP. & [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT   2.   Case No. CV 08 3927 WHA