**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DONNIE COX,                                No. C 08-03927 WHA

11              Plaintiff,

12      v.                                      **ORDER GRANTING PLAINTIFF'S
                                                REQUEST TO FILE A SURREPLY
13   ELECTRONIC DATA                            TO DEFENDANT'S REPLY BRIEF
     SYSTEMS CORPORATION;                       IN SUPPORT OF ITS MOTION FOR
14   and DOES 1 through 10, inclusive,          SUMMARY JUDGMENT, AND DENYING
                                                PLAINTIFF'S MOTION TO STRIKE
15              Defendants.                      NEW EVIDENCE SUBMITTED IN
                                                SUPPORT OF DEFENDANT'S REPLY
16   _____/          BRIEF IN SUPPORT OF ITS MOTION
                                                FOR SUMMARY JUDGMENT**

17          In this wrongful termination action, defendant Electronic Data Systems Corporation has

18   moved for summary judgment against plaintiff Donnie Cox.  Plaintiff now moves to fille a

19   surreply to defendant's reply brief filed in support of its motion for summary judgment.

20   Plaintiff's request is **GRANTED**.  Plaintiff may submit a five-page surreply brief, together with

21   whatever sworn declarations are needed, by **NOON ON MONDAY, NOVEMBER 16, 2009**.

22          In the alternative, plaintiff has moved to strike new evidence submitted in support of

23   defendant's reply brief in support of its motion for summary judgment.  This request is **DENIED**.

24

25          **IT IS SO ORDERED.**

26   Dated: November 12, 2009.                  _____

27                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
28