IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE COX,<br><br>    Plaintiff,<br><br>  v.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>                                    / | No. C 08-03927 WHA<br><br>**ORDER GRANTING THE PARTIES' REQUEST TO WAIVE ORAL ARGUMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

In this wrongful termination action, defendant Electronic Data Systems Corporation has moved for summary judgment against plaintiff Donnie Cox. The parties have filed a joint request to waive oral arguments on defendant's motion currently scheduled for November 19, 2009, at 2:00 p.m. The request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: November 13, 2009.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE