United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE COX, | No. C 08-03927 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING ADR AND TRIAL DATES** |
| ELECTRONIC DATA SYSTEMS, | |
| Defendant. | |

The parties' joint ADR report has been received, and the undersigned agrees that ADR be attempted with the previously appointed mediator if the parties are amenable to the process. Both parties, however, are reminded that trial dates, including the date of the final pretrial conference, will not be continued to accommodate the ADR process. The parties must still prepare for trial.

**IT IS SO ORDERED.**

Dated: December 14, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE