IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNIE COX,

    Plaintiff,

  v.

ELECTRONIC DATA SYSTEMS CORPORATION, and DOES 1 through 10, inclusive,

    Defendants.
                                 /

No. C 08-03927 WHA

**ORDER RE TRIAL**

      The final pretrial conference will proceed as scheduled and rulings will be made. The jury trial, however, will likely have to trail two other jury matters. Counsel and the parties will still need to be prepared to try the case starting January 11 (just in case) but will also need to adjust their schedules for a start date later in January or February as soon as the jury trial calendar permits. The undersigned is sorry but it cannot be helped.

    **IT IS SO ORDERED.**

Dated: December 18, 2009.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE