**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNIE COX,

    Plaintiff,

  v.

ELECTRONIC DATA SYSTEMS CORPORATION, and DOES 1 through 10, inclusive,

    Defendants.

No. C 08-03927 WHA

**ORDER SETTING DEADLINE FOR DISMISSAL**

As discussed at the final pretrial conference held on December 21, 2009, the parties shall have until **NOON ON JANUARY 19, 2010,** to file a stipulated dismissal pursuant to their signed settlement agreement. If no filing is received by that deadline, the case will be called for trial.

**IT IS SO ORDERED.**

Dated: December 21, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE