1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNIE COX,

        Plaintiff,

  v.

ELECTRONIC DATA SYSTEMS
CORPORATION, and DOES 1
through 10, inclusive,

        Defendants.

_____/

No. C 08-03927 WHA

**ORDER REMINDING PARTIES
OF DISMISSAL DEADLINE AND
TRIAL DATE**

At the final pretrial conference held on December 20, 2009, the parties represented to the undersigned that they had a signed settlement agreement. Due to this representation, in an order issued on December 21, 2009, the undersigned set a deadline of noon on January 19, 2010, for the parties to file a stipulated dismissal of this case (Dkt. No. 83). Otherwise, the case would be immediately called for trial. The parties are hereby reminded that if a dismissal is *not* received by the above-mentioned deadline, the jury will be summoned in and trial will begin promptly **AT 7:30 A.M. ON JANUARY 20, 2010**.

      **IT IS SO ORDERED.**

Dated: January 5, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE