| | |
|---|---|
| 1 | DAN SIEGEL, Bar No. 56400 |
| | DEAN ROYER, Bar No. 233292 |
| 2 | SIEGEL & YEE |
| | 499 14th Street, Suite 220 |
| 3 | Oakland, CA 94612 |
| | Telephone: 510.839-1200 |
| 4 | Facsimile: 510.444.6698 |
| | E-mail: deanroyer@siegelyee.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | DONNIE COX |
| 7 | ROBERT L. ZALETEL, Bar No. 96262 |
| | LITTLER MENDELSON, P.C. |
| 8 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 9 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 10 | Email: rzaletel@littler.com |
| 11 | LEE J. HUTTON, Ohio Bar No. 0006794 |
| | (Admitted *Pro Hac Vice*) |
| 12 | HEIDI ALTEN, Ohio Bar No. 0068513 |
| | (Admitted *Pro Hac Vice*) |
| 13 | LITTLER MENDELSON, P.C. |
| | 1100 Superior Avenue, 20th Floor |
| 14 | Cleveland, OH 44114 |
| | Telephone: 216.696.7600 |
| 15 | Facsimile: 216.696.2038 |
| | Email: lhutton@littler.com |
| 16 | Email: halten@littler.com |
| 17 | Attorneys for Defendant |
| | ELECTRONIC DATA SYSTEMS L.L.C., |
| 18 | formerly known as ELECTRONIC DATA |
| | SYSTEMS CORPORATION |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE COX, | Case No. CV 08 3927 WHA |
| Plaintiff, | JUDGE WILLIAM H. ALSUP |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE;** [~~PROPOSED~~] **ORDER** |
| ELECTRONIC DATA SYSTEMS CORPORATION; and DOES 1 through 10, inclusive, | **Trial Date:** January 19, 2010<br>**Place:** Courtroom 9 |
| Defendants. | |

Plaintiff Donnie Cox and Defendant Electronic Data Systems LLC (f/k/a Electronic Data Systems Corporation, now d/b/a HP Enterprise Services), by and through counsel, hereby jointly stipulate to the voluntary dismissal of this action with prejudice. The parties have reached a voluntary and confidential settlement. This action therefore should be dismissed with prejudice with each party bearing its own costs and fees.

s/ *Dean Royer*
DEAN ROYER
SIEGEL & YEE
Attorneys for Plaintiff
DONNIE COX

s/ *Lee J. Hutton*
LEE J. HUTTON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ELECTRONIC DATA SYSTEMS L.L.C.

| | |
|---|---|
| 1 | DAN SIEGEL, Bar No. 56400 |
| | DEAN ROYER, Bar No. 233292 |
| 2 | SIEGEL & YEE |
| | 499 14th Street, Suite 220 |
| 3 | Oakland, CA 94612 |
| | Telephone: 510.839-1200 |
| 4 | Facsimile: 510.444.6698 |
| | E-mail: deanroyer@siegelyee.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | DONNIE COX |
| 7 | ROBERT L. ZALETEL, Bar No. 96262 |
| | LITTLER MENDELSON, P.C. |
| 8 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 9 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 10 | Email: rzaletel@littler.com |
| 11 | LEE J. HUTTON, Ohio Bar No. 0006794 |
| | (Admitted *Pro Hac Vice*) |
| 12 | HEIDI ALTEN, Ohio Bar No. 0068513 |
| | (Admitted *Pro Hac Vice*) |
| 13 | LITTLER MENDELSON, P.C. |
| | 1100 Superior Avenue, 20th Floor |
| 14 | Cleveland, OH 44114 |
| | Telephone: 216.696.7600 |
| 15 | Facsimile: 216.696.2038 |
| | Email: lhutton@littler.com |
| 16 | Email: halten@littler.com |
| 17 | Attorneys for Defendant |
| | ELECTRONIC DATA SYSTEMS L.L.C., |
| 18 | formerly known as ELECTRONIC DATA |
| | SYSTEMS CORPORATION |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE COX, | Case No. CV 08 3927 WHA |
| Plaintiff, | JUDGE WILLIAM H. ALSUP |
| v. | [~~PROPOSED~~] ORDER |
| ELECTRONIC DATA SYSTEMS CORPORATION; and DOES 1 through 10, inclusive, | Trial Date: January 19, 2010<br>Place: Courtroom 9 |
| Defendants. | |

IT IS HEREBY ORDERED AND DECREED that Plaintiff Donnie Cox's claims are hereby dismissed in their entirety with prejudice with each party bearing its own costs and fees.

Dated: January 19, 2010.

_____
The Hon. William H. Alsup



[Proposed] Order
1